```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 17513
    JAMES KINCY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-4922


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 07/08/2008 and was not confirmed.

    The case was dismissed without confirmation 08/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
-------------------------------------------------------------------------------
US BANK NATIONAL         NOTICE ONLY   NOT FILED             .00           .00
DAIMLERCHRYSLER          NOTICE ONLY   NOT FILED             .00           .00
EMC MORTGAGE CORPORATION NOTICE ONLY   NOT FILED             .00           .00
DAIMLER CHRYSLER FINANCI SECURED NOT I  20274.54             .00           .00
PRO SE DEBTOR            DEBTOR ATTY         .00                           .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         --------------         --------------
TOTALS                            .00                  .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 11/19/08        _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```